**Order entered March 25, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00671-CV

## ST. JOHN MISSIONARY BAPTIST CHURCH, SYMPHUEL ANDERSON, BEVERLY DAVIS AND PATRICIA MAYS, Appellants

### V.

## MERLE FLAKES, ELOISE SQUARE, MARY JO EVANS, ANNIE KATHERINE WHITE, ELLA MAE ROLLINS, EDDIE ABNEY, GWEDOLYN BROWN, MARK HORTON, DAVID PAILIN, SR., DEE PATTERSON AND PENNY WHITE, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04696**

### ORDER

Before the Court is appellants' unopposed motion for extension of time to file appellants' amended brief in which appellants request a fourteen-day extension of time. We **GRANT** appellants' request for an extension and **ORDER** appellants to file, within **THIRTY DAYS** of the date of this order, an amended brief. We further **ORDER** that, in the event appellants file an amended brief, appellees may,

but are not required, to file an amended brief no later than **THIRTY DAYS** thereafter.

//s/    DAVID EVANS
         JUSTICE
